DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys for Plaintiffs Ridgewood Renewable Power LLC
And Ridgewood Energy Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIDGEWOOD RENEWABLE POWER LLC and RIDGEWOOD ENERGY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SUN CITY EQUITY FUND, LLC, SUN CITY EQUITY FUND 2, LLC, MACKENZIE PATTERSON FULLER LP, PATTERSON FINANCIAL ADVISORS, INC., IRA J. GAINES, CHERYL HINTZEN, JESSIE SMALL, PRIZM INVESTMENTS, BARRY ZEMEL, JOHN DOES (1-10), JANE DOES (1-10), and ABC CORP. (1-10),<br><br>Defendants. | Civil Action No. 06-CV-4196 (KSH)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SUN CITY EQUITY FUND, LLC, SUN CITY EQUITY FUND 2, LLC, MACKENZIE PATTERSON FULLER LLP, IRA J. GAINES, CHERYL HINTZEN, PRIZM INVESTMENTS, AND BARRY ZEMEL ONLY** |

The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiffs Ridgewood Renewable Power LLC and Ridgewood Energy Corporation (collectively "Ridgewood") and Defendants Sun City Equity Fund, LLC, Sun City Equity Fund 2, LLC, Mackenzie Patterson Fuller LP, Ira J. Gaines, Cheryl Hintzen, Barry Zemel, and Prizm Investments (collectively, "MPF & Gaines Defendants"), it is hereby stipulated and ordered that the Complaint against the MPF and Gaines Defendants be and the same is hereby dismissed with prejudice and without costs against either Ridgewood or the MPF and Gaines Defendants subject to all of the terms and conditions of the settlement between them dated ___June 25___, 2007 ("Settlement Agreement").

It is further stipulated and ordered that the Court shall retain jurisdiction over this matter for purposes of enforcing all of the terms of this Stipulation and Order and the Settlement Agreement.

Day Pitney LLP
Attorneys for Plaintiffs RIDGEWOOD
RENEWABLE POWER LLC and
RIDGEWOOD ENERGY CORPORATION

_____
Anthony J. Marchetta
A Member of the Firm

Dated: 6/27/07

Sills Cummis Epstein & Gross PC
Attorneys for Defendants SUN CITY EQUITY
FUND, LLC, SUN CITY EQUITY FUND 2,
LLC, MACKENZIE PATTERSON FULLER LP

_____
Marc Youngelson

Dated:

McCarter & English, LLP
Attorneys for Defendants IRA J. GAINES,
CHERYL HINTZEN, BARRY ZEMEL, and
PRIZM INVESTMENTS

_____
James C. Sheil

Dated:

The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiffs Ridgewood Renewable Power LLC and Ridgewood Energy Corporation (collectively "Ridgewood") and Defendants Sun City Equity Fund, LLC, Sun City Equity Fund 2, LLC, Mackenzie Patterson Fuller LP, Ira J. Gaines, Cheryl Hintzen, Barry Zemel, and Prizm Investments (collectively, "MPF & Gaines Defendants"), it is hereby stipulated and ordered that the Complaint against the MPF and Gaines Defendants be and the same is hereby dismissed with prejudice and without costs against either Ridgewood or the MPF and Gaines Defendants subject to all of the terms and conditions of the settlement between them dated June 25, 2007 ("Settlement Agreement").

It is further stipulated and ordered that the Court shall retain jurisdiction over this matter for purposes of enforcing all of the terms of this Stipulation and Order and the Settlement Agreement.

Day Pitney LLP
Attorneys for Plaintiffs RIDGEWOOD
RENEWABLE POWER LLC and
RIDGEWOOD ENERGY CORPORATION

Sills Cummis Epstein & Gross PC
Attorneys for Defendants SUN CITY EQUITY
FUND, LLC, SUN CITY EQUITY FUND 2,
LLC, MACKENZIE PATTERSON FULLER LP

_____
Anthony J. Marchetta
A Member of the Firm

_____
Marc Youngelson

Dated:

Dated:

McCarter & English, LLP
Attorneys for Defendants IRA J. GAINES,
CHERYL HINTZEN, BARRY ZEMEL, and
PRIZM INVESTMENTS

_____
James C. Sheil

Dated: 6/26/07

2

So ORDERED this \_\_\_16th\_\_\_ day of \_\_\_July\_\_\_, 2007.

_____
Honorable Katharine S. Hayden, U.S.D.J.

3